ROB BONTA
Attorney General of California
JENNIFER EULER
Chief Assistant Attorney General
RANDAL GLASER
Senior Assistant Attorney General
EMMANUEL R. SALAZAR, State Bar No. 240794
Supervising Deputy Attorney General
Email: Emmanuel.Salazar@doj.ca.gov
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Telephone: (916) 621-1835
Fax: (916) 274-2929

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, *ex rel.* **NICHOLAS ZIMNISKI,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CVS HEALTH CORPORATION,** *et al.***,**<br><br>Defendants. | Case No.: 2:19-CV-2257 WBS JDP<br><br>**ORDER ON THE PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL**<br><br>**FILED UNDER SEAL** |

The States of Alaska, California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington (collectively the "Plaintiff States") having elected to decline intervention, the Court orders as follows:

IT IS ORDERED that,

1. Only the *qui tam* complaint, the Notice of Election to Decline Intervention Filed by the Plaintiff States, this Order, and any similar notice and proposed order filed by the United States shall be unsealed and served upon the defendants by the relator. All other contents of the Court's file in this matter shall remain under seal and not be made public or served upon the

defendants;

2. To the extent required by any of the Plaintiff States' respective False Claims Acts, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States;

3. Relator shall forward all orders of this Court to the Plaintiff States;

4. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time; and

5. The parties shall serve all notices of appeal upon the Plaintiff States; and

6. All claims asserted on behalf of the State of Maryland are dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE