# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Nicholas Zimniski,**

**vs.**

**CVS Health Corporation, et al.,**

**CASE NO: 2:19−CV−02257−WBS−JDP**

## SUMMONS IN A CIVIL CASE

TO: *(Defendant's Name and Address)*

**Big B Drugs Inc., Brown Recker CVS LLC, Busse CVS LLC, CVS 2948 Henderson LLC, CVS 2989 Las Vegas LLC, CVS 3264 Phoenix LLC, CVS 3268 Gilbert LLC, CVS 3745 Peoria LLC, CVS Albany LLC, CVS Bellmore Avenue LLC, CVS EGL Baseline Tempe AZ LLC, CVS Gilbert 3272 LLC, CVS Health Corporation, CVS Manchester NH LLC, CVS Pharmacy Inc.**

**YOU ARE HEREBY SUMMONED**.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

**Wm. Paul Lawrence**
**Waters & Kraus**
**37163 Mountville Road**
**Middleburg, VA 20117**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**
CLERK

**/s/ K. Zignago**
(By) DEPUTY CLERK

**ISSUED ON 2026−11−13 15:52:53**
**CLERK, USDC EDCA**

# RETURN OF SERVICE

**Case No: 2:19−CV−02257−WBS−JDP**

| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
| --- | --- |
| | |
| NAME OF SERVER *(PRINT)* | TITLE |
| | |

***Check one box below to indicate appropriate method of service:***

☐ Served personally upon the defendant. Place where served: ______________________________________

______________________________________________________________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________________________________

☐ Returned unexecuted: _____________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

☐ Other (specify): _________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________________________ ____________________________________________

Date *Signature of Server*

____________________________________________

____________________________________________

*Address of Server*